

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00467-CR

Lynda Renee **SOLOMON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 82nd Judicial District Court, Falls County, Texas
Trial Court No. 9165
Honorable Robert Miller Stem, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Sandee Bryan Marion, Justice

Delivered and Filed:  December 20, 2013

DISMISSED

Appellant has filed a motion to dismiss this appeal by withdrawing her notice of appeal.

The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH